Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis

COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Richard G. Rosenblatt**
Partner
609.919.6609
rrosenblatt@MorganLewis.com

September 10, 2008

**VIA FACSIMILE (973-645-4549)**

Honorable Peter G. Sheridan
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Givaudan v. Krivda
      Civil Action No.: 2:08-cv-04409

Dear Judge Sheridan:

As per the request of your Law Clerk, Christina, please allow this letter to confirm that the
parties in the above-referenced matter have agreed, in principle, to a consent preliminary
injunction, as well as the terms for certain expedited discovery, subject to memorializing the
terms of the consent order and a proposed protective order. We hope to submit those papers to
Your Honor shortly. As a result of these discussions, the parties have jointly agreed to the
adjournment of the conference set for Thursday, September 11, 2008 at 2:00 p.m. until Monday,
September 15, 2008 at 11:30 a.m. in the event that they are not able to finalize the terms of their
agreement prior thereto. Opposing counsel, Adam Saravay of McCarter & English is copied on
this letter and has consented to this adjournment.

Respectfully,

Richard G. Rosenblatt

RGR:bmd

cc:   Adam Saravay, Esq. (via email and regular mail)