
# McCARTER & ENGLISH
### ATTORNEYS AT LAW

*Defendant to set-up telephone conference*

SO ORDERED: *Peter Sheridan*
DATED: 5/27/09

May 27, 2009

**VIA FAX**

Marisa Steel
Associate
T. 973.639.2020
msteel@mccarter.com

Honorable Peter G. Sheridan
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Re: **Givaudan Fragrances Corporation v. James Krivda**
    **Civil Action No. 2:08-CV-04409**

Dear Judge Sheridan:

This firm represents defendant James Krivda in the above-referenced action. We write to respectfully request that, for the convenience of the parties, the status conference scheduled for tomorrow, May 28, 2009 at 1:30 p.m. be conducted by telephone conference rather than in person. Counsel for the plaintiff does not object to this request. We would be happy to initiate the call.

Respectfully submitted,

Marisa Steel

BOSTON

HARTFORD

NEW YORK    cc:    Richard Rosenblatt, Esq. (by email)

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 8627779v.1