**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

March 11, 2011

## LETTER ORDER

Re:   Givaudan Fragrances Corporation v. James Krivda
      Civil Action No. 08-4409 (PGS)

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **June 13, 2011 at 10:30 A.M.  Defense Counsel shall initiate the call.**  Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

  **SO ORDERED.**

                                             *s/Esther Salas*
                                             **Esther Salas, U.S.M.J**