**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Chambers of<br>**MADELINE COX ARLEO**<br>United States Magistrate Judge | Martin Luther King Courthouse<br>50 Walnut Street  - Room 2060<br>Newark, New Jersey  07101<br>(973) 297-4903 |

**LETTER-ORDER**
ORIGINAL FILED WITH THE CLERK OF THE COURT

March 18, 2011

| | |
|---|---|
| Michelle Seldin Silverman, Esquire<br>Richard Jasaitis Hamilton, III, Esquire<br>Richard G. Rosenblatt, Esquire<br>Morgan Lewis & Bockius<br>502 Carnegie Center<br>Princeton, New Jersey 08540 | Jennifer L. Stratis, Esquire<br>John Donovan Shea, Esquire<br>Litchfield Cavo, LLP<br>1800 Chapel Avenue West, Suite 360<br>Cherry Hill, New Jersey 08002 |

Adam N. Saravay, Esquire
Marisa Joy Steel, Esquire
McCarter & English, LLP
100 Mulberry Street
Newark, New Jersey   07102-4070

Re:  Givaudan Fragrances Corporation v.s. James Krivda
Civil Action No. 08-4409 (PGS)

Dear Counsel:

**ROGER B. JACOBS, ESQUIRE**  is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court.  If you would like further information with regard to the mediation program, please review the Rule  and Guidelines which are available on the Court's Web Site www.njd.uscourts.gov.

The mediator will contact you shortly to discuss the mediation process.  Within fourteen  (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and ex parte basis, a double-spaced position paper not longer than 10 pages in length.  Pleadings and discovery materials should not be submitted to the mediator unless specifically requested.

Please remember that counsel and parties are required to participate in the mediation process in good faith.  The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

**SO ORDERED**

s/ Madeline Cox Arleo
United States Magistrate Judge