# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO:           Counsel of Record

FROM:        Peter G. Sheridan, U.S.D.J.

DATE:        June 10, 2013

RE:           GIVAUDAN FRAGRANCES CORPORATION v. KRIVDA
               08-cv-4409 (PGS)

_____

       Since the trial is to commence on November 1, 2013 and the case is estimated to take three to four weeks to complete, the Court intends to write a pre-screening letter to prospective jurors about same.   Those jurors with sufficient cause will be excused (see proposed letter attached).   It will be forwarded to prospective jurors in early September, 2013.

       You may suggest amendments or modifications to the letter prior to the hearing on June 12, 2013. Thank you.

**D R A F T**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Dear Sir/Madam:

You are among the persons scheduled to be called for jury duty in a civil case. Jury selection will be on Friday, November 1, 2013 and the trial will commence on November 4, 2013. The case may take up to four to five weeks to complete.

The trial will take place Monday through Friday of each week from 10:00 a.m. until 4:00 p.m.  There are certain days when the court does not sit due to holidays.  These days include November 5, 2013 (Election Day); November 11, 2013 (Veterans Day); November 27, 28 and 29, 2013 (Thanksgiving and Hanukkah).  Jurors are paid $40.00 per day.  If the number of trial days is in excess of 10, the compensation becomes $50.00 per day.

It is, of course, every citizen's duty to provide his or her services as a juror in federal  court. However, there may be emergent financial or personal circumstances that would impose extraordinary hardship upon a person serving on the jury in this case.  **We request that you provide the information called for at the bottom of this page and return this to me with your jury information sheet (bottom portion of summons) within 5 days.**

Regardless of how you respond, this does not mean you are automatically excused.  Your excuse will be considered and acted upon by the Court. Please see jury duty brochure for detailed information regarding your hardships.

Peter G. Sheridan
United States District Judge

☐      There is no emergent business or personal reason why I cannot serve as a juror in the case.

☐      There is an emergent business or personal reason why I cannot serve as a juror in the case. If you check this box, set forth in the space above your signature line the exact nature of the emergent business or personal reason why you cannot serve on the jury. (please include photo copies of travel documents regarding prepaid vacation plans, and other scheduling conflicts)

Signature: _____

(Please print your name and participant number)