UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GIVAUDAN FRAGRANCES CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>JAMES KRIVDA, et al.<br><br>Defendants. | Civil Action No. 08-cv-04409 (PGS)<br><br>VERDICT SHEET |

## SECTION 1

Question 1: Do you find that Givaudan Fragrances Corporation ("Givaudan") has proven by a preponderance of the evidence that Defendant James Krivda ("Krivda") has breached the contract?

Answer:    Yes_____    No ✓

Question 2: Do you find that Givaudan has proven by a preponderance of the evidence that Krivda has misappropriated none, some or all of Givaudan's trade secrets?

Answer:    None ✓    Some _____    All _____

Question 3: Do you find that Givaudan has proven by a preponderance of the evidence that Mane USA ("Mane") has misappropriated none, some or all of Givaudan's trade secrets?

Answer:    None ✓    Some _____    All _____

If you answered "none" or "all" to questions 2 and 3, skip question 4, and proceed to question 5.

Question 4: If you have answered either question 2 or question 3 with the answer "some". indicate below by checking the line next to the name of the trade secret you have found was misappropriated by either defendant.

- Go to Next Page -

| # | GIVAUDAN | ACCUSED MANE FORMULA | |
|---|---|---|---|
| 1 | Warm Violet KVW083AKV | Warm Orris JAK00026A | |
| 2 | L'Instant de Guerlain A0X01104 | Instantanious JAK00022 | |
| 3 | Burberry Original Women's INX02994A | Upscale Plaid JAK00024 | |
| 4 | BBW Cherry Blossom INX02955A | Almond Blossom JAK00043 | |
| 5 | Noix de Coco PNC601FPN | Tropical Paradise JAK00183 | |
| 6 | Waffle PNX PNW762CKV | Warm Fig JAK00353 | |
| 7 | D&G Light Blue pour Homme INX02875 | Aquaman JAK 00001 | |
| 8 | Bombs Away KVX00084Z | Bomberdier JAK 00105A | |
| 9 | Sean666 NNM005KNN | Imperial JAK 00010A and Imperial JAK00010 | |
| 10 | Eurythmic KVX00279P | Rhythm JAK 00017 | |
| 11 | Famous One OGX KVX00468H | Vegas Baby! JAK00205A | |
| 12 | Light White KVW017CCR | White Flowers JAK00405 And White Flowers JAK00405C | |
| 13 | Baldessarini Ambre IN1929 Mod.1 (INX02820A) and Tere D'Hermes Mod.1 (CYX00765A) | Hot Ambre JAK00002 | |
| 14 | Downy April Fresh SOF.Liq – in 1931 Mod 12 02/05/07 INX02822L | Primavera JAK 10023 | |
| 15 | Aramis Ice in1653 Mod.2 INX02399B | Hot Ice JAK00025 | |
| 16 | Chocolate Crème KVX00292 | Chocolate Crème JAK00097 | |
| 17 | Beautiful Sheer A3X00182C | Sheer Beauty JAK00042 | |

| # | | | |
|---|---|---|---|
| 18 | Daisy Marc Jacobs<br>INX02895A | Fields of Dreams<br>JAK 00054 | |
| 19 | Clean Aura<br>KVX00030JN | Frozen Aura<br>JAK000285 | |
| 20 | Dolce di Parma<br>KVX00011U | Viola di Parma<br>JAK00423 | |
| 21 | Glamorous IN1321<br>INX01901 | Ultraglam<br>JAK00221 | |
| 22 | Bond #9 Hamptons<br>INX02941A | Nine Hampton Road<br>JAK00385 | |
| 23 | Nautica Voyage Mod1<br>SRX00118A | Now Voyager<br>JAK00008 | |
| 24 | Jinkoh-Agarwood-Oud Trial 26/1/5-4<br>INX01494 | Oudwood<br>JAK00070 | |
| 25 | Pleasures Delight Mod.1 GC Rebalance<br>SZX00066A | Delightful<br>JAK00106 | |
| 26 | Romance Silver IN1625 Mod.2<br>INX02350B | Silver Heart<br>JAK00049 | |
| 27 | Aqua Allegoria Tutti Kiwi<br>D7Z00006B | Fruity Kiwi<br>JAK000138 | |
| 28 | White Tea Sanctuary<br>KVX00077F | White Tea & Ginseng<br>JAK00011 | |
| 29 | Clean Blanky<br>KVX00103A | Cotton Cloud<br>JAK00168 | |
| 30 | Mania for Men<br>INX02041A | Insanity<br>JAK00014 | |
| 31 | Amor Amor Cacharel<br>P8X00172F | My Love<br>JAK00068 | |
| 32 | Vanilla Apricot<br>CYX00596A | Vanilla Apricot<br>JAK00094 | |
| 33 | Sensi<br>INX02130A | Sensational<br>JAK00021A | |
| 34 | Angel<br>CDX00050G | Saintly<br>JAK00069B | |

Question 5: Do you find that Givaudan has proven by a preponderance of the evidence that Krivda and Mane conspired to misappropriate trade secrets?

Answer:   Yes_____   No___✓___

If you answered "no" or "none" to questions 1, 2, 3 and 5, stop here.

## SECTION 2

Question 6: If you answered "yes" to question 1, that Krivda breached his contract with Givaudan, what amount of damages do you award?

Amount of Damages:   $_____

Question 7: If you answered "some" or "all" to questions 2, 3, or 5 that either defendant misappropriated trade secrets and/or that defendants conspired to misappropriate trade secrets, how much compensatory damages do you award?

Amount of Damages:   $_____

Question 8: With regard to Krivda, if you have awarded damages for breach of contract in question 6 and for misappropriation or conspiracy to misappropriate trade secrets in question 7, do the damages against Krivda overlap (are they duplicative)?

Answer:   Yes_____   No_____

Question 9: If you answered "yes" to question 8, what is the amount of overlap, if any, against Krivda?

Amount of Overlap:   $_____

SECTION 3

Question 10:   Do you find that Givaudan has proven by clear and convincing evidence that Krivda and/or Mane willfully and/or maliciously misappropriated trade secrets and/or conspired to misappropriate trade secrets entitling Givaudan to punitive damages?

James Krivda:   Yes_____   No_____

Mane   Yes_____   No_____

When your work is complete, please sign this Verdict Sheet below and notify the marshal.

_____
Foreperson